**No. 41770.**—Protest 971706–G of M. Pressner & Co. (New York).

Opinion by SULLIVAN, J. The sample is a representation of a lighted cigar butt made of paper. On the record presented the claim at 35 percent under paragraph 1413 as an article in chief value of paper was sustained.

**No. 41771.**—Protest 953488–G of Greenberg & Josefsberg (New York).

Opinion by SULLIVAN, J. The merchandise was invoiced as a metal table lighter and returned by the examiner as a pocket lighter. An inspection of the same indicated that due to the base the article is not designed to carry about the person. The claim as smokers' articles at 60 percent under paragraph ·1552 was therefore sustained. *California Bag & Metal Co.* v. *United States* (C. D. 98) cited.

BEFORE THE THIRD DIVISION, JUNE 30, 1939

**No. 41772.**—Protests 973368–G, etc., of Renken & Yates Smith Corp. (New York).

Opinion by EVANS, J. It was stipulated that the merchandise consists of harlequin sticks, cheddar sandwiches, piquant sandwiches, celery sandwiches, and stiltonette wafers the same as those passed upon in *Renken* v. *United States* (C. D. 73). The claim at 20 percent under paragraph 1558 was therefore sustained.

**No. 41773.**—Protest 962127–G of Alfred Friedman Co., Inc. (New York).

Opinion by KEEFE, J. It was found that duty was assessed twice on 23 dozen dozen gloves which were short shipped. The protest was accordingly sustained.